Name: Megan F. Alvarez

Address: 7740 Burton Avenue

Rohnert Park, California 94928

Phone Number: 707.792.2499

E-mail Address: malvarez730@juno.com

*Pro Se*

**✔ FILED**

NOV 3 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Javier A. Alvarez,

               Plaintiff,

vs.

Sonoma County, Julie S. Paik, Lisa M.
Cervantes, Anna New, Jan C. Sturla,
Megan F. Alvarez, et al.,

               Defendant.

Case Number: C12-5606-JCS EMC

**MOTION FOR PERMISSION FOR**
**ELECTRONIC CASE FILING**
       Edward M.Chen

Judge Joseph C. Spero

 

As the (*Plaintiff/Defendant*) Defendant       in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

    1. I have reviewed the requirements for e-filing and agree to abide by them.

    2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

    3. I have regular access to the technical requirements necessary to e-file successfully:

        ☑ A computer with internet access;

        ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

        ☑ A scanner to convert documents that are only in paper format into electronic files;

        ☑ A printer or copier to create to create required paper copies such as chambers copies;

        ☑ A word-processing program to create documents; and

        ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 12-3-12            Signature:

1  Name: Megan F. Alvarez

2  Address: 7740 Burton Avenue

   Rohnert Park, California 94928

3  Phone Number: 707.792.2499

4  E-mail Address: malvarez730@juno.com

5  *Pro Se*

6                    **UNITED STATES DISTRICT COURT**

7                  **NORTHERN DISTRICT OF CALIFORNIA**

8  Javier A. Alvarez,                    )  Case Number: C12-5606-JCS   EMC
                                         )
9                                        )  **[PROPOSED] ORDER GRANTING**
                                         )  **MOTION FOR PERMISSION FOR**
10                      Plaintiff,        )  **ELECTRONIC CASE FILING**
                                         )
11       vs.                             )  DATE:
                                         )  TIME:
12  Sonoma County, Julie S. Paik, Lisa M. )  COURTROOM:
    Cervantes, Anna New, Jan C. Sturla,  )  JUDGE:
13  Megan F. Alvarez, et al.             )
                                         )
14  _____Defendant._____)

15

16      The Court has considered the Motion for Permission for Electronic Case Filing. Finding

    that good cause exists, the Motion is GRANTED. Defendant Megan F. Alvarez shall contact the
17
                                         ECF Help Desk at (866) 638-7829 to set up
18                                       an e-filing account.

19      IT IS SO ORDERED.

20                    12/4/12
        DATED: _____
21
                                         IT IS SO ORDERED
22                                       AS MODIFIED              Magistrate Judge

23
                                         Judge Edward M. Chen
24

25

26

27

28