```
 1  Name: Megan F. Alvarez
    Address: 7740 Burton Avenue
 2  Rohnert Park, California 94928
 3  Phone Number: 707.792.2499
 4  E-mail Address: malvarez730@juno.com
 5  Pro Se
```

**FILED**
NOV 3 0 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Javier A. Alvarez, | ) Case Number: C12-5606-~~JCS~~ EMC |
| | ) |
| Plaintiff, | ) **MOTION FOR PERMISSION FOR** |
| | ) **ELECTRONIC CASE FILING** |
| vs. | ) Edward M. Chen |
| Sonoma County, Julie S. Paik, Lisa M. Cervantes, Anna New, Jan C. Sturla, Megan F. Alvarez, et al., | ) Judge Joseph C. Spero |
| Defendant. | ) |

As the (*Plaintiff/Defendant*) Defendant _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   - [✓] A computer with internet access;
   - [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✓] A scanner to convert documents that are only in paper format into electronic files;
   - [✓] A printer or copier to create to create required paper copies such as chambers copies;
   - [✓] A word-processing program to create documents; and
   - [✓] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 12-3-12          Signature: [signature]

1  Name: Megan F. Alvarez
   Address: 7740 Burton Avenue
2  Rohnert Park, California 94928
3  Phone Number: 707.792.2499
4  E-mail Address: malvarez730@juno.com
5  Pro Se

6
                    UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA

8  Javier A. Alvarez,                )  Case Number: ~~C12-5606-JCS~~   EMC
                                      )
9                                     )  [PROPOSED] ORDER GRANTING
                                      )  MOTION FOR PERMISSION FOR
10                   Plaintiff,       )  ELECTRONIC CASE FILING
                                      )
11      vs.                           )  DATE:
                                      )  TIME:
12 Sonoma County, Julie S. Paik, Lisa M.  )  COURTROOM:
   Cervantes, Anna New, Jan C. Sturla,    )  JUDGE:
13 Megan F. Alvarez, et al.           )
                                      )
                   Defendant.         )
14 _____

15
16     The Court has considered the Motion for Permission for Electronic Case Filing. Finding
17 that good cause exists, the Motion is GRANTED. Defendant Megan F. Alvarez shall contact the
                                               ECF Help Desk at (866) 638-7829 to set up
18                                             an e-filing account.

19     IT IS SO ORDERED.

20     DATED:  12/4/12
21                                          _____
22                                          ~~Magistrate~~ Judge

   IT IS SO ORDERED
   AS MODIFIED
   Judge Edward M. Chen