Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 298272
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendants
COUNTY OF SONOMA, JULIE S. PAIK,
S. SULLIVAN, LAURIE LAPIDUS and ANNA NEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER AGUSTO ALVAREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SONOMA COUNTY, JULIE S. PAIK, LISA M. CERVANTES, ANNA NEW, JAN C. STURLA, MEGAN F. ALVAREZ, EXCHANGE BANK and DOES 1 through 50, INCLUSIVE,<br><br>　　　　Defendants. | Case No. C 12-5606 (EMC)<br><br>**STIPULATED REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION AND [PR~~OPO~~SED] ORDER**<br><br><br>**Hon. Edward M. Chen** |

**STIPULATION**

The parties, Plaintiff JAVIER ALVAREZ and Defendants COUNTY OF SONOMA, JULIE S. PAIK, S. SULLIVAN, LAURIE LAPIDUS and ANNA NEW (hereinafter "Sonoma Defendants"), by and through their attorney of record, hereby stipulate as follows:

　　　1.　　On May 16, 2013, the Court referred this matter to Early Neutral Evaluation (ENE) within 90 days. (Docket No. 35.)

1

2. On June 4, 2013, the Court assigned Marjorie Gelb as the Evaluator for this case. (Docket No. 40.) The ENE was scheduled for August 1, 2013.

3. On June 28, 2013, Plaintiff ALVAREZ filed a second amended complaint containing new allegations and naming additional defendants. (Docket No. 41.)

4. On July 12, 2013, Sonoma Defendants filed a motion to dismiss Plaintiff's second amended complaint. (Docket No. 45.)

5. On July 17, 2013, Richard Osman, counsel for Sonoma Defendants, contacted Plaintiff ALVAREZ to meet and confer regarding continuing the ENE for 60 days in order to accommodate the pending motion to dismiss. Plaintiff ALVAREZ agreed to extend the ENE for 60 days.

6. On July 18, 2013, Sheila Crawford, counsel for Sonoma Defendants, contacted the Evaluator, Marjorie Gelb, to discuss continuing the ENE. Given the current status of this matter, Ms. Gelb agreed continuing the ENE for 60 days was reasonable.

7. The Parties respectfully request that the Court approve this stipulation and continue the ENE for 60 days from August 14, 2013.

**IT IS SO STIPULATED.**

Dated: July 22, 2013                                    BERTRAND, FOX & ELLIOT

                                    By:     */s/ Sheila D. Crawford*
                                              Sheila D. Crawford
                                              Richard W. Osman
                                              Attorneys for Defendants
                                              COUNTY OF SONOMA, JULIE S. PAIK,
                                              S. SULLIVAN. LAURIE LAPIDUS and ANNA
                                              NEW

Dated: July 22, 2013                                    Plaintiff, *In Pro Per*

                                    By:     */s/ Javier Alvarez*
                                              Javier Alvarez
                                              Plaintiff

2

STIPULATED REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION AND [PROPOSED] ORDER
*Alvarez v. Sonoma County, et al.*
U.S.D.C. Northern District of CA Case No. C 12-5606 (EMC)

**[~~PROPOSED~~] ORDER**

Having reviewed the stipulation between the parties herein, IT IS HEREBY ORDERED that the Early Neutral Evaluation of this matter be continued for 60 days from August 14, 2013.

**IT IS SO ORDERED.**

DATED: _____7/23_____, 2013



Hon. _____
UNITED STATES DISTRICT COURT JUDGE

3

STIPULATED REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION AND [PROPOSED] ORDER
*Alvarez v. Sonoma County, et al.*
U.S.D.C. Northern District of CA Case No. C 12-5606 (EMC)

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, & Elliot with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

On **July 22, 2013**, I served the following documents,

**STIPULATED REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION AND [PROPOSED] ORDER**

on the following interested parties:

Javier A. Alverez                               *Pro Se Plaintiff*
1014 Hopper Avenue #402
Santa Rosa, California  95403
Tel: (415) 827-6322
Email: Javdog396@gmail.com

Said service was performed in the following manner:

(✓)  **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed **July 22, 2013**, at San Francisco, California.

                                                            /s/ *John O'Rourke*
                                                           John O'Rourke